**Form 252** [Ntc Revocation of Dsch]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    Michael Paul Zenger and Sherida Emily Zenger
        Debtor(s).

Case No. 10−22902 WTT
Chapter 7

NOTICE OF REVOCATION OF DISCHARGE

Pursuant to Fed. R. Bankr. P. 4006, please take notice that the discharge of the above−named debtor(s) has been revoked pursuant to 11 U.S.C. § 727(e).

Dated: June 12, 2013

David A. Sime
Clerk of Court

United States Bankruptcy Court
District of Utah

In re:                                                                Case No. 10-22902-WTT
Michael Paul Zenger                                                   Chapter 7
Sherida Emily Zenger
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: djf              Page 1 of 4              Date Rcvd: Jun 12, 2013
                              Form ID: f252          Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2013.
```
db          #+Michael Paul Zenger,    10468 Quail Court,    Highland, UT 84003-4707
jdb         #+Sherida Emily Zenger,    10468 Quail Court,    Highland, UT 84003-4707
6904089      +America First Credit Union,    PO Box 9199,    Ogden, UT 84409-0199
7072166      +American Collection Systems, Inc.,    PO Box 29117,    Columbus, Oh 43229-0117
6904090      +American Express,    PO Box 297879,    Ft. Lauderdale, FL 33329-7879
8077362       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
8086068       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
6904091       Aurora Mortgage,    PO Box 7811,    Phoenix, AZ 85062
6904092      +Auto Owners Insurance,    PO Box 30315,    Lansing, MI 48909-7815
6904095      +Capitol One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
6904097       Central Utah Clinic,    PO Box 30079,    Salt Lake City, UT 84130-0079
6904098       Chase Mortgage,    3415 Jison Dr.,    Columbus, OH 43219
6904099      +Citi Financial Mortgage,    PO Box 6006,    The Lakes, NV 88901-6006
6904100      +Coats Rooter Service,    813 S.2400,    Weston, ID 83286-5033
8161301      +Colonial Pacific Leasing Corp.,    c/o Engels Tejeda,    Snell & Wilmer, LLP,
               15 W South Temple, Suite 1200,    Salt Lake City, UT 84101-1547
6904101      +Contractors Window Supply,    5091 N. Edgewood Dr.,    Provo, UT 84604-6165
6904103      +Design Stone,    6005 W. 10050 N.,    American Fork, UT 84003-9277
6904104      +Duffin & Associates,    311 S. State St. Ste. 380,    Salt Lake City, UT 84111-5215
6904105      +EPN, Inc.,    746 East 1910 South, Ste 4,    Provo, UT 84606-6244
6904107       Fabritex Inc,    972 N. 1850 W.,    Orem, UT 84057
6904108      +Family First Credit Union,    a division of Security Service FCU,    1467 S Main St,
               Salt Lake City, UT 84115-5337
6904109      +First Equity,    PO Box 23029,    Columbus, GA 31902-3029
6904110      +Freedong Legal,    PO Box 460,    Payson, UT 84651-0460
6904113      +GMC,    PO Box 380903,    Bloomington, MN 55438-0903
7072169      +Greg Pitts,    9 N. 1100 E.,    American Fork, UT 84003-2097
6904119      +HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
6904120      +HSBC,    PO Box 60177,    City Of Industry, CA 91716-0177
6904115      +Hardcastle Cole LLC,    675 N. 800 E.,    Preston, ID 83263-4307
6904116      +Hertz Equipment/CRF Solution,    2051 Royal Ave.,    Simi Valley, CA 93065-4679
6904117      +Hewitt, Vine & Williams, LLC,    Moreau Medical Building,    1002 E. South Temple, #207,
               Salt Lake City, UT 84102-1595
6904121       Humpty Dumpsters,    372 N. 74 E.,    Coalville, UT 84017
6904124      +JNR Adjustment Co.,    PO Box 27070,    Minneapolis, MN 55427-0070
6904123      +Jaussi & Christiansen,    PO Box 1212,    Provo, UT 84603-1212
6904127      +KCA Transportation,    1015 E. 12600 N.,    Lewiston, UT 84320-2134
6904128      +Kesler & Rust,    McIntyre Building, 2nd Floor,    68 South Main Street,
               Salt Lake City, UT 84101-1502
6904129      +Kevin Majors, Inc.,    PO Box 343,    Midvale, UT 84047-0343
6904130      +LA Bowen,    PO Box 67,    Orem, UT 84059-0067
8048157      +LES SCHWAB TIRE CENTERS OF UTAH, INC.,    PO BOX 5350,    BEND, OR 97708-5350
6904131      +Law Office of Kirk A Cullimore,    PO Box 65655,    Salt Lake City, UT 84165-0655
6904132      +Les Schwab,    P.O. Box 667,    Prineville, OR 97754-0667
6904133      +Macey's,    9111 Duke Blvd,    Mason, OH 45040-8999
6904134      +Mesco Equiptment,    295 S. Redwood Rd.,    North Salt Lake, UT 84054-2904
8663809       Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
6904136      +Mountain Regional Water,    PO Box 982320,    Park City, UT 84098-2320
6904137      +Mountainland Supply Co,    1505 W. 130 S.,    Orem, UT 84058-5161
8040411      +Mountainland Supply, LLC,    Randy J. Christiansen, Attorney for Moun,    PO Box 1212,
               Provo, UT 84603-1212
6904140      +Northland Group Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
6904144      +PacifiCorp dba Rocky Mountain Power/Pacific Power,    Attn: Bankruptcy,    P.O. Box 25308,
               Salt Lake City, UT 84125-0308
6904141      +Promontory,    8758 N. Promontory Ranch Rd.,    Park City, UT 84098-6226
6904143       RC Willey Financial Services,    PO Box 65320,    Salt Lake City, UT 84165-0320
7072168      +RCS,    PO Box 7229,    Westchester, IL 60154-7229
6904142      +Ransbotton Rock LLC,    2085 S. 2400 E.,    Preston, ID 83263-5613
6904146      +SPS Mortgage,    PO Box 65250,    Salt Lake City, UT 84165-0250
6904145      +Sprinkler Supply Company,    c/o Daniel O. Duffin, Attorney,    311 So. State, Suite 380,
               Salt Lake City, UT 84111-5215
6904147      +Steve Carly & Sons,    1388 W. 1440 N.,    Pleasant Grove, UT 84062-4050
6904148      +Steve Heinz & Associates,    1341 E. 600 N.,    Orem, UT 84097-5425
6904149      +Stock Building Supply,    PO Box 1070,    Englewood, CO 80150-1070
6904150      +Summit County Property Taxes,    PO Box 128,    Coalville, UT 84017-0128
6904151      +Tanglewood Home Owners,    PO Box 247,    Springville, UT 84663-0247
6904152      +Timp Rentals,    155 W. 800 N.,    Orem, UT 84057-3815
6904154      +Transworld Systems Inc.,    Collection Division,    7050 Union Park Center #575,
               Midvale, UT 84047-4174
6904155      +Transworld Systems/Colum,    7050 S. Union Park Center #575,    Midvale, UT 84047-4174
6904156      +Travelers Insurance,    Hartford, CT 06183-0001
6904158      +Utah Community Credit Union,    188 West River Park Drive,    Provo, UT 84604-5648
```

```
District/off: 1088-2           User: djf                    Page 2 of 4                   Date Rcvd: Jun 12, 2013
                               Form ID: f252                Total Noticed: 82


6904159     +Victoria's Secret,   PO BOX 659728,   San Antonio, TX 78265-9728
7072167     +Water Reclamation District,    2800 Homestead Rd.,   Park City,UT 84098-4869
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
6904093      E-mail/Text: bankruptcynotices@bmwfs.com Jun 13 2013 02:58:57     BMW Financial Services,
               P.O. Box 3608,   Dublin, OH 43016
6904094     +E-mail/Text: banko@bonncoll.com Jun 13 2013 02:20:02     Bonneville Billing & Collections cc,
               P.O. Box 150621,   Ogden, UT 84415-0621
8085878      E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2013 02:36:43     Capital Recovery III LLC,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
6941354      E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2013 02:34:43     Capital Recovery III LLC,
               Care of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
6904106     +E-mail/Text: bankruptcy@expressrecovery.com Jun 13 2013 02:24:41      Express Recovery Services,
               3782 West 2340 South,   Salt Lake City, UT 84120-7295
6904111     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2013 02:32:11     GAP,   PO Box 530942,
               Atlanta, GA 30353-0942
8131235      E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2013 02:34:44     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
6904112     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2013 02:33:59     GEMB/Lowes,   PO Box 981416,
               El Paso, TX 79998-1416
6904114     +E-mail/Text: JMONTOYA@GWCU.ORG Jun 13 2013 02:20:34     Goldenwest Credit Union,
               attn: Dani Richeson,   PO Box 1111,   Ogden, UT 84402-1111
6904139      E-mail/Text: bnc@nordstrom.com Jun 13 2013 02:16:27     Nordstrom,   P.O. Box 6566,
               Englewood, CO 80155-6566
8128148     +E-mail/Text: bnc@nordstrom.com Jun 13 2013 02:16:27     Nordstrom fsb,   P.O. Box 6566,
               Englewood, CO 80155-6566
8149317      E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2013 02:25:05
               Quantum3 Group LLC as agent for,    GFB LLC,   PO Box 788,   Kirkland, WA  98083-0788
8149313      E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2013 02:25:05
               Quantum3 Group LLC as agent for,    World Financial Network National Bank,   PO Box 788,
               Kirkland, WA  98083-0788
8663810      E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2013 02:33:00
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
6904160     +E-mail/Text: hschultz@wheelercat.com Jun 13 2013 02:58:07     Wheeler Machinery Co,
               4901 West 2100 South,   Salt Lake City, Utah 84120-1200
8042088     +E-mail/Text: som@keslerrust.com Jun 13 2013 02:21:58     Wheeler Machinery Co.,
               c/o Scott O. Mercer,   68 South Main Street, 2nd Floor,   Salt Lake City, UT 84101-1525
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6904102       Dave Taylor
6904118       Home Depot,   PO Box 689100,   RETURNED MAIL--99999
6904125       Jose
6904126       Jose Painter
6904138       Nate Spanos
6904096     ##+Cedar Hills City,   3925 Cedar Hills Dr.,   Cedar Hills, UT 84062-8771
6904122     ##+Ingersoll-Rand/Hitachi,   PO Box 6229,   Carol Stream, IL 60197-6229
6904135     ##+Mountain High Credit Union,   1476 N. Freedom Blvd.,   Provo, UT 84604-2521
6904153     ##+Toyota Motor Credit,   7670 S Chester St Unit 2,   Englewood, CO 80112-3437
6904157     ##+United Recovery, Inc.,   11639 South 700 East, Ste. 200,   Draper, UT 84020-8299
                                                                                              TOTALS: 5, * 0, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1088-2          User: djf                Page 3 of 4             Date Rcvd: Jun 12, 2013
                              Form ID: f252            Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 1088-2          User: djf                 Page 4 of 4             Date Rcvd: Jun 12, 2013
                              Form ID: f252             Total Noticed: 82
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2013 at the address(es) listed below:

        Engels  Tejeda    on behalf of Creditor    Colonial Pacific Leasing Corporation etejeda81@gmail.com, jkoolhoven@swlaw.com

        Engels  Tejeda    on behalf of Plaintiff    Colonial Pacific Leasing Corporation etejeda@swlaw.com, jkoolhoven@swlaw.com

        Mark S. Swan    on behalf of Creditor    Hitachi Capital America Corp. mark@swanlaw.net

        Philip G. Jones    on behalf of Plaintiff Philip G. Jones PGJonesO@theomphalos.com

        Philip G. Jones tr    on behalf of Plaintiff Philip G. Jones PGJonesT@theomphalos.com, pjones@ecf.epiqsystems.com

        Philip G. Jones tr    PGJonesT@theomphalos.com,  pjones@ecf.epiqsystems.com

        Theron D. Morrison    on behalf of Debtor Michael Paul Zenger topofutahlaw@gmail.com, morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.info

        Theron D. Morrison    on behalf of Defendant Michael Paul Zenger topofutahlaw@gmail.com, morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.info

        Theron D. Morrison    on behalf of Defendant Sherida Emily Zenger topofutahlaw@gmail.com, morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.info

        Theron D. Morrison    on behalf of Joint Debtor Sherida Emily Zenger topofutahlaw@gmail.com, morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.info

        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

        William A. Street    on behalf of Plaintiff    Goldenwest Federal Credit Union wstreet@vancott.com, dbair@vancott.com;sanderson@vancott.com

        TOTAL: 12