# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
ZENGER, MICHAEL PAUL § Case No. 10-22902
ZENGER, SHERIDA EMILY §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $ _____

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]   $ _____

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_$^2$.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP G. JONES, TRUSTEE_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Exhibit A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re: ) | |
| ZENGER, MICHAEL PAUL ) | 10-22902    -WTT |
| EIN: 30-6292620 ) | Chapter 7 |
| ZENGER, SHERIDA EMILY ) | |
| SSN: 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 ) | |
| Debtor(s). ) | |

### TRUSTEE INTERIM REPORT

The Trustee, hereby files his Individual Estate Property Record and Report (Form 1) for the five month reporting period ending 06/06/2013. This report is intended to provide parties in interest with a general accounting of the Trustee's case administration.

Column 1: Asset Description (Scheduled and Unscheduled Property):  This is a listing of all the Debtor's interest in assets from the petition, schedules, and statement of financial affairs.  Also listed are unscheduled assets discovered by the Trustee, income of the estate (including post-petition interest on bank accounts), and claims which the estate may possess.

Column 2: Petition/Unscheduled Values:  Column 2 reflects the dollar value of each asset, as first assigned by Debtor in the filed Schedules, or by the Trustee's initial estimate of values in the case of unscheduled assets.  Scheduled values are often unreliable and may change significantly throughout the course of Trustee's investigation and administration.

Column 3: Estimated Net Value(Value Determined by Trustee Less Liens, Exemptions and Other Costs:  Column 3 reflects the value of each asset as determined by the Trustee minus any appropriate adjustment.  This value represents the Trustee's best initial estimate of **net** sale or liquidation value of the asset.  Actual liquidation value may differ as a result of market conditions at the time of sale, costs of recovery, storage, insurance and sale.

Column 4: Property Formally Abandoned:   If this column is blank it means either that (1) Trustee intends to administer the asset, (2) Trustee has not decided, or (3) Trustee has already liquidated the asset.  An entry of "OA" indicates the property has or will be formally abandoned under 11 U.S.C. 554 (a).

Column 5: Sales/Funds Received by the Estate:  Column 5 indicates the **gross** amount of proceeds received from the liquidation of each asset regardless of amounts paid out to secured creditors or for expenses.

Column 6: Asset Fully Administered/Gross Value of Remaining Assets:  When an asset has been fully administered either by liquidation, formal abandonment, or the Trustee has reached a decision to abandon at closing of the estate, the entry "FA" will be listed in Column 6.  For assets still being administered, column 6 reflects the Trustee's current best estimate of the **gross** value. Actual liquidation value may differ as a result of market conditions at the time of sale.  Note: The difference between Columns 3 and 5 does not necessarily equal the figure in Column 6.

Other Information:  Note that the Trustee has provided information about matters pending in the case and projected date for filing the Trustee's Final Report (TFR).

Dated: June 6, 2013                                  Respectfully Submitted,

/s/ PHILIP G. JONES, TRUSTEE

PHILIP G. JONES, TRUSTEE, #1748, Chapter 7 Trustee
853 WEST CENTER STREET
OREM, UT  84057
801-224-5750/ Fax 801-224-6345

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 10-22902　WTT　Judge: WILLIAM T. THURMAN | Trustee Name:　PHILIP G. JONES, TRUSTEE |
| Case Name: | ZENGER, MICHAEL PAUL | Date Filed (f) or Converted (c):　03/11/10 (f) |
| | ZENGER, SHERIDA EMILY | 341(a) Meeting Date:　04/26/10 |
| For Period Ending: | 06/06/13 | Claims Bar Date:　03/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8948 N. Pine Hollow Dr. Pleasant Grove, UT 84062  3/2009 Sale to Stalheli via WD; fmv 205,000.  List 300,000 sold for 300,000. | 1,165,577.00 | 0.00 | | 0.00 | FA |
| 2. 1169 W. 1585 N. Orem, UT | 200,000.00 | 0.00 | | 0.00 | FA |
| 3. 10468 Quail Court Highland, UT 84003 | 0.00 | 0.00 | | 0.00 | FA |
| 4. 2345 E. W. View Trail Park City, UT | 1,295,000.00 | 0.00 | | 0.00 | FA |
| 5. cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 6. Utah Community Checking/Savings | 0.00 | 0.00 | | 0.00 | FA |
| 7. America First Credit Union Savings/Checking | 0.00 | 0.00 | | 0.00 | FA |
| 8. Refrigerator, Stove/Oven; Microwave; Dishwasher;Wa | 1,100.00 | 0.00 | | 0.00 | FA |
| 9. Pots/Pans; Hutch | 325.00 | 0.00 | | 0.00 | FA |
| 10. Beds/Bedding; Nighstand | 600.00 | 0.00 | | 0.00 | FA |
| 11. Table/Chairs | 200.00 | 0.00 | | 0.00 | FA |
| 12. Sofa/Loveseat; Chair; Coffe Table; End Table; Lamp | 1,500.00 | 0.00 | | 0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No: | 10-22902 | WTT | Judge: WILLIAM T. THURMAN | | Trustee Name: | PHILIP G. JONES, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ZENGER, MICHAEL PAUL | | | | Date Filed (f) or Converted (c): | 03/11/10 (f) |
| | ZENGER, SHERIDA EMILY | | | | 341(a) Meeting Date: | 04/26/10 |
| | | | | | Claims Bar Date: | 03/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. DVD's; CD's; Books; Pictures Misc. | 150.00 | 0.00 | | 0.00 | FA |
| 14. Clothing for Household (5) | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. Wedding ring/Wedding Band; Watch; Misc. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. Bikes, Camera, Camping Equip; Fishing Equip, Gold | 950.00 | 0.00 | | 0.00 | FA |
| 17. JMX INC | 16,000.00 | 0.00 | | 0.00 | FA |
| 18. 06 Polaris Snowmobile | 0.00 | 0.00 | | 0.00 | FA |
| 19. 08 Polaris snowmobile-Am CU | 0.00 | 0.00 | | 0.00 | FA |
| 20. 4 wheeler-HSBC | 0.00 | 0.00 | | 0.00 | FA |
| 21. 07 BMW X5 | 45,000.00 | 0.00 | | 0.00 | FA |
| 22. 2006 Polaris 440 | 10,500.00 | 0.00 | | 0.00 | FA |
| 23. 2008 Polaris 800 | 6,500.00 | 0.00 | | 0.00 | FA |
| 24. 2007 Charac Traicer | 6,000.00 | 0.00 | | 0.00 | FA |
| 25. Horse | 800.00 | 0.00 | | 0.00 | FA |

FORM 1

Page: 3

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 10-22902   WTT   Judge: WILLIAM T. THURMAN | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | ZENGER, MICHAEL PAUL | Date Filed (f) or Converted (c): | 03/11/10 (f) |
| | ZENGER, SHERIDA EMILY | 341(a) Meeting Date: | 04/26/10 |
| | | Claims Bar Date: | 03/05/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Patio Furniture; Lawn Mower; BBQ Grill; Tools Misc | 400.00 | 0.00 | | 0.00 | FA |
| 27. Tax refund (u) | 0.00 | 5,976.00 | | 1,500.00 | FA |
| 28. Adversary filing fee (u) | 0.00 | 250.00 | | 250.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,752,602.00 | $6,226.00 | $1,750.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

06/13 Discharge Revoked

04/13 Motion for Entry of Default

09/12 Affidavit of Non-Compliance

All Funds Due by July 25, 2012

Awaiting Payment

Adversary Pending

Researching Sale of Assets

Motion to Compel

Initial Projected Date of Final Report (TFR): 08/15/11      Current Projected Date of Final Report (TFR): 06/15/13

        /s/     PHILIP G. JONES, TRUSTEE
_____      Date: 06/06/13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4
Exhibit A

| | |
|---|---|
| Case No: 10-22902    WTT    Judge: WILLIAM T. THURMAN | Trustee Name: PHILIP G. JONES, TRUSTEE |
| Case Name: ZENGER, MICHAEL PAUL | Date Filed (f) or Converted (c): 03/11/10 (f) |
| ZENGER, SHERIDA EMILY | 341(a) Meeting Date: 04/26/10 |
| | Claims Bar Date: 03/05/12 |

PHILIP G. JONES, TRUSTEE

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-22902 -WTT | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|
| Case Name: | ZENGER, MICHAEL PAUL | Bank Name: | Union Bank |
| | ZENGER, SHERIDA EMILY | Account Number / CD #: | *******4283  Union Bank |
| Taxpayer ID No: | *******2620 | | |
| For Period Ending: | 06/06/13 | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/11 | 28 | Michael Zenger | Adversary Fee | 2700-000 | 250.00 | | 250.00 |
| 08/26/11 | 27 | Michael & Sherida Zenger | Tax Refund | 1224-000 | 250.00 | | 500.00 |
| 09/30/11 | 27 | Michael & Sherida Zenger | Tax Refund | 1224-000 | 250.00 | | 750.00 |
| 11/02/11 | 27 | Michael & Sherida Zenger | Tax Refund | 1224-000 | 250.00 | | 1,000.00 |
| 12/20/11 | 27 | Michael & Sherida Zenger | Tax Refund | 1224-000 | 250.00 | | 1,250.00 |
| 01/13/12 | 27 | Michael & Sherida Zenger | Tax Refund | 1224-000 | 250.00 | | 1,500.00 |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,497.54 |
| 02/02/12 | | International Sureties, LTD. Suite 420 701 Poydras St. New Orleans, LA 70139 | Blanket Bond # 016027974 | 2300-000 | | 1.93 | 1,495.61 |
| 02/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,493.15 |
| 03/20/12 | 27 | Michael & Sherida Zenger | Tax Refund | 1224-000 | 250.00 | | 1,743.15 |
| 03/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,740.69 |
| 04/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,738.23 |
| 05/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,735.77 |
| 06/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,733.31 |
| 07/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,730.85 |
| 08/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,728.39 |
| 09/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,725.93 |
| 10/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,723.47 |
| 11/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,708.47 |
| 12/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,693.47 |
| 01/24/13 | 003001 | International Sureties, Ltd 701 Poydras St., Suite 420 New Orleans, LA  70139 | Bond #016027974 | 2300-000 | | 3.08 | 1,690.39 |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,675.39 |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,660.39 |

Page Subtotals    1,750.00    89.61

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.02d

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-22902 -WTT | | Trustee Name: | PHILIP G. JONES, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZENGER, MICHAEL PAUL | | Bank Name: | Union Bank |
| | ZENGER, SHERIDA EMILY | | Account Number / CD #: | *******4283  Union Bank |
| Taxpayer ID No: | *******2620 | | | |
| For Period Ending: | 06/06/13 | | Blanket Bond (per case limit): | $ 98,025,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,645.39 |
| 04/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,630.39 |
| 05/28/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,615.39 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,750.00 | 134.61 | 1,615.39 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 1,750.00 | 134.61 |
| Less: Payments to Debtors | | 0.00 |
| Net | 1,750.00 | 134.61 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Union Bank - ********4283 | 1,750.00 | 134.61 | 1,615.39 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,750.00 | 134.61 | 1,615.39 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    45.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 06, 2013 |
|---|---|---|---|---|---|---|

Case Number: 10-22902  
Debtor Name: ZENGER, MICHAEL PAUL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | Clerk, US Bankruptcy Court<br>350 South Main St.<br>Salt Lake City, UT 84101 | Administrative | | $250.00 | $0.00 | $250.00 |
| | Subtotal for Class Administrative | | | $250.00 | $0.00 | $250.00 |
| 000001<br>070<br>7100-00 | Mountainland Supply, LLC<br>Randy J. Christiansen, Attorney for Moun<br>PO Box 1212<br>Provo, UT 84603 | Unsecured | Filed 12/06/11 | $26,788.18 | $0.00 | $26,788.18 |
| 000002<br>070<br>7100-00 | Wheeler Machinery Co.<br>c/o Scott O. Mercer<br>68 South Main Street, 2nd Floor<br>Salt Lake City, UT 84101 | Unsecured | Filed 12/07/11 | $3,148.27 | $0.00 | $3,148.27 |
| 000003<br>070<br>7100-00 | PacifiCorp dba Rocky Mountain Power/Pacific Power<br>Attn: Bankruptcy<br>P.O. Box 25308<br>Salt Lake City, UT 84125 | Unsecured | Filed 12/08/11 | $199.28 | $0.00 | $199.28 |
| 000004<br>070<br>7100-00 | Wheeler Machinery Co<br>4901 West 2100 South<br>Salt Lake City, Utah 84120 | Unsecured | Filed 12/09/11 | $2,411.23 | $0.00 | $2,411.23 |
| 000005<br>070<br>7100-00 | LES SCHWAB TIRE CENTERS OF UTAH, INC.<br>PO BOX 5350<br>BEND, OR 97708 | Unsecured | Filed 12/13/11 | $9,123.95 | $0.00 | $9,123.95 |
| 000006<br>070<br>7100-00 | Sprinkler Supply Company<br>c/o Daniel O. Duffin, Attorney<br>311 So. State, Suite 380<br>Salt Lake City, UT 84111 | Unsecured | Filed 12/20/11 | $3,364.37 | $0.00 | $3,364.37 |
| 000007<br>070<br>7100-00 | RC Willey Financial Services<br>PO Box 65320<br>Salt Lake City, UT 84165-0320 | Unsecured | Filed 12/28/11 | $2,389.00 | $0.00 | $2,389.00 |
| 000008<br>070<br>7100-00 | Goldenwest Credit Union<br>attn: Dani Richeson<br>PO Box 1111<br>Ogden, UT 84402 | Unsecured | Filed 12/28/11 | $64,739.99 | $0.00 | $64,739.99 |
| 000009<br>070<br>7100-00 | Family First Credit Union<br>a division of Security Service FCU<br>1467 S Main St<br>Salt Lake City, UT 84115 | Unsecured | Filed 12/28/11 | $1,566.99 | $0.00 | $1,566.99 |
| 000010<br>070<br>7100-00 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 01/05/12 | $40,392.39 | $0.00 | $40,392.39 |

| | | | EXHIBIT A | | | |
|---|---|---|---|---|---|---|
| Page 2 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 06, 2013 |

Case Number: 10-22902  
Debtor Name: ZENGER, MICHAEL PAUL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 01/12/12<br>(11-1) Citibank - Thd Consumer | $1,942.61 | $0.00 | $1,942.61 |
| 000012 070 7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 01/12/12 | $32,381.52 | $0.00 | $32,381.52 |
| 000013 070 7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 01/12/12 | $49,722.25 | $0.00 | $49,722.25 |
| 000014 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 01/23/12<br>(14-1) GE Capital - Lowes Visa Platinum | $1,268.99 | $0.00 | $1,268.99 |
| 000015 070 7100-00 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | Filed 02/13/12 | $8,231.67 | $0.00 | $8,231.67 |
| 000016 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 02/15/12<br>(16-1) GAP or GEMB | $1,240.84 | $0.00 | $1,240.84 |
| 000017 070 7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network National Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 02/25/12<br>(17-1) Unsecured Debt | $1,470.57 | $0.00 | $1,470.57 |
| 000018 070 7100-00 | Quantum3 Group LLC as agent for<br>GFB LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 02/25/12<br>(18-1) Unsecured Debt | $8,767.17 | $0.00 | $8,767.17 |
| 000019 070 7100-00 | Colonial Pacific Leasing Corp.<br>c/o Engels Tejeda<br>Snell & Wilmer, LLP<br>15 W South Temple, Suite 1200<br>Salt Lake City, UT 84101 | Unsecured | Filed 03/02/12<br>(19-1) Order and Judgment | $106,859.44 | $0.00 | $106,859.44 |
| | Subtotal for Class Unsecured | | | $366,008.71 | $0.00 | $366,008.71 |
| | Case Totals: | | | $366,258.71 | $0.00 | $366,258.71 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-22902
Case Name: ZENGER, MICHAEL PAUL
               ZENGER, SHERIDA EMILY
Trustee Name: PHILIP G. JONES, TRUSTEE

       Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP G. JONES, TRUSTEE | $ | $ | $ |
| Trustee Expenses: PHILIP G. JONES, TRUSTEE | $ | $ | $ |
| Charges: Clerk, US Bankruptcy Court | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses      $_____
      Remaining Balance                                   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Mountainland Supply, LLC | $ | $ | $ |
| 000002 | Wheeler Machinery Co. | $ | $ | $ |
| 000003 | PacifiCorp dba Rocky Mountain Power/Pacific Power | $ | $ | $ |
| 000004 | Wheeler Machinery Co | $ | $ | $ |
| 000005 | LES SCHWAB TIRE CENTERS OF UTAH, INC. | $ | $ | $ |
| 000006 | Sprinkler Supply Company | $ | $ | $ |
| 000007 | RC Willey Financial Services | $ | $ | $ |
| 000008 | Goldenwest Credit Union | $ | $ | $ |
| 000009 | Family First Credit Union | $ | $ | $ |
| 000010 | American Express Bank FSB | $ | $ | $ |
| 000011 | Midland Funding LLC | $ | $ | $ |
| 000012 | American Express Centurion Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | American Express Centurion Bank | $ | $ | $ |
| 000014 | Midland Funding LLC | $ | $ | $ |
| 000015 | Nordstrom fsb | $ | $ | $ |
| 000016 | Midland Funding LLC | $ | $ | $ |
| 000017 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000018 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 000019 | Colonial Pacific Leasing Corp. | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE