**The below described is SIGNED.**

**Dated: August 1, 2013**



**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**



tks

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF UTAH

In re: ZENGER, MICHAEL PAUL )
ZENGER, SHERIDA EMILY ) Case No. 10-22902-WTT
) Chapter 7
)
Debtor(s). )

### ORDER ALLOWING TRUSTEE'S APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES; ORDER ALLOWING PROFESSIONAL FEES; AND ORDER AUTHORIZING PAYMENT OF DIVIDENDS TO CREDITORS

The Trustee having filed a Final Report and Application for Compensation which has been reviewed by the United States Trustee, and the Court having specifically found that Notice of the Trustee's Final Report and Account before Distribution having been properly circulated to all creditors and parties in interest entitled to notice, and the Court having considered the Trustee's Final Report and Application for Compensation, as well as all applications for final compensation of professionals, pursuant to § 330, therefore

**IT IS ORDERED** that:

1. The Trustee's Application for Compensation and Reimbursement of Expenses is allowed in the amount of $437.50 for Trustee's fees and $32.18 in costs and expenses for a total of $469.68.

2. The Trustee is authorized, pursuant to Bankruptcy Law, to pay administrative costs and dividends to creditors as specified in the Trustee's Final Report.

- - - - - - - - - - - - - - - - - -End of Document- - - - - - - - - - - - - - - - - -

Entered On Docket: 08/01/2013

## CERTIFICATE OF MAILING

      The undersigned hereby certifies that on this ____ day of _____ 2013, a true and accurate copy of the foregoing Order was mailed, postage prepaid, to the following:

Philip G. Jones (1748)
TRUSTEE
853 West Center Street
Orem, UT  84057
Telephone: (801) 224-5750

UNITED STATES TRUSTEE
Ken Garff Building, Suite 300
405 South Main St.
Salt Lake City, Utah  84111

_____

United States Bankruptcy Court
District of Utah

In re:
Michael Paul Zenger
Sherida Emily Zenger
    Debtors

Case No. 10-22902-WTT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: clo     Page 1 of 2     Date Rcvd: Aug 01, 2013
                   Form ID: pdfor1     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2013.
db         #+Michael Paul Zenger,    10468 Quail Court,    Highland, UT 84003-4707
jdb        #+Sherida Emily Zenger,    10468 Quail Court,    Highland, UT 84003-4707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2013**                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1088-2           User: clo                   Page 2 of 2                  Date Rcvd: Aug 01, 2013
                               Form ID: pdfor1             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2013 at the address(es) listed below:

        Engels Tejeda    on behalf of Creditor    Colonial Pacific Leasing Corporation etejeda81@gmail.com, jkoolhoven@swlaw.com
        Engels Tejeda    on behalf of Plaintiff    Colonial Pacific Leasing Corporation etejeda@swlaw.com, jkoolhoven@swlaw.com
        Mark S. Swan    on behalf of Creditor    Hitachi Capital America Corp. mark@swanlaw.net
        Philip G. Jones    on behalf of Plaintiff Philip G. Jones PGJonesO@theomphalos.com
        Philip G. Jones tr    on behalf of Plaintiff Philip G. Jones PGJonesT@theomphalos.com, pjones@ecf.epiqsystems.com
        Philip G. Jones tr    PGJonesT@theomphalos.com, pjones@ecf.epiqsystems.com
        Theron D. Morrison    on behalf of Debtor Michael Paul Zenger topofutahlaw@gmail.com, morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.info;brianporterlaw@gmail.com
        Theron D. Morrison    on behalf of Defendant Michael Paul Zenger topofutahlaw@gmail.com, morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.info;brianporterlaw@gmail.com
        Theron D. Morrison    on behalf of Defendant Sherida Emily Zenger topofutahlaw@gmail.com, morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.info;brianporterlaw@gmail.com
        Theron D. Morrison    on behalf of Joint Debtor Sherida Emily Zenger topofutahlaw@gmail.com, morrisonlawecf@gmail.com;chapter7email@gmail.com;tmlawclerks@gmail.com;bkecf_morrison@bkexpress.info;brianporterlaw@gmail.com
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
        William A. Street    on behalf of Plaintiff    Goldenwest Federal Credit Union wstreet@vancott.com, dbair@vancott.com;sanderson@vancott.com

                                                                                                                          TOTAL: 12